159 A.3d 929

Sandra A. CHRISTMAN, Administratrix of the Estate of Esther I. Strause, Deceased, Respondent

v.

MANOR CARE OF WEST READING PA, LLC, d/b/a ManorCare Health Services—West Reading North, and ManorCare Health Services, Inc. and HCR ManorCare, Inc. and ManorCare Inc. and HCR HealthCare, LLC, and HCR II HealthCare, LLC, and HCR III HealthCare, LLC, and HCR IV HealthCare, LLC, Petitioners

No. 97 MAL 2016

Supreme Court of Pennsylvania.

DECIDED: October 17, 2016

## ORDER

PER CURIAM

**AND NOW**, this 17th day of October, 2016, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior

Court is **VACATED**, and the case is **REMANDED** to the Superior Court for further proceedings consistent with our holding in Taylor v. Extendicare Health Facilities, Inc., 637 Pa. 163, 147 A.3d 490 (2016).

Justice Mundy did not participate in the consideration or decision of this matter.